NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10605 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00466-PMP |
| v. | |
| MANUEL GUDINO-SIERRA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Philip M. Pro, District Judge, Presiding

Submitted June 18, 2013[**]

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

Manuel Gudino-Sierra appeals from the district court's judgment and challenges his guilty-plea conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Gudino-Sierra contends that he received ineffective assistance from his trial counsel in relation to plea negotiations. "Claims of ineffective assistance of counsel are generally inappropriate on direct appeal." *United States v. McKenna*, 327 F.3d 830, 845 (9th Cir. 2003). Contrary to Gudino-Sierra's contention, the record on appeal is not sufficiently developed to evaluate the effectiveness of trial counsel. *See id.*

**AFFIRMED.**